UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| OSSIRIS DIZON LYNCH,<br><br>　　　　　　　Petitioner,<br>v.<br>STATE OF NEVADA, et al.,<br><br>　　　　　　　Respondents. | Case No. 2:17-cv-01897-RFB-NJK<br><br>ORDER |

On December 4, 2018, the court granted respondents' motion to dismiss certain grounds in Ossiris Dizon Lynch's *pro se* 28 U.S.C. § 2254 habeas petition (ECF No. 12). The court noted in that order that Lynch had not opposed the motion to dismiss or responded in any way.

That order was served on Lynch via U.S. mail at his address of record. The order was returned as undeliverable, with no new address (*see* ECF No. 13). Under LR IA 3-1 of the local rules, a petitioner must immediately file written notification of any change of address.[1] Accordingly, this action is dismissed for failure to update address.

**IT IS THEREFORE ORDERED** that the petition is **DISMISSED** as set forth in this order.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED: 18 December 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] This court also takes judicial notice of the inmate information on the Nevada Department of Corrections website, which reflects that Lynch was paroled about February 2018.

1